**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **1:24-cr-96** |
| | ) | |
| **v.** | ) | **Judge Atchley/Dumitru** |
| | ) | |
| **CHADRICK WEAVER** | ) | |

**JOINT MOTION FOR PSYCHIATRIC TREATMENT**

COME NOW the parties in this matter to jointly move this Court to find the defendant not competent to stand trial and to order that the defendant be committed to a federal medical center for treatment for restoration to competency pursuant to Title 18, United States Code, Section 4241(d), which is consistent with the evaluation of Dr. Alexandra Guendert, Forensic Psychologist, dated September 11, 2025.

Respectfully submitted,

| | |
|---|---|
| FRANCIS M. HAMILTON III<br>United States Attorney | FEDERAL DEFENDER SERVICES<br>OF EASTERN TENNESSEE, INC. |
| By: */s/ Christopher D. Poole*<br>Christopher D. Poole, BPR #019155<br>Assistant United States Attorney<br>1110 Market Street, Suite 515<br>Chattanooga, TN 37402<br>Christopher.Poole@USDOJ.gov<br>(423)752-5140 | By: */s/ Clayton M. Whittakerk*<br>Clayton M. Whittaker, BPR #13461<br>Assistant Federal Defender<br>605 Chestnut Street, Ste. 1310<br>Chattanooga, TN 37450<br>Clay_Whitaker@fd.org<br>(423)756-4349 |